**FILED**

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0151

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0151

_____

SCOTT LARSEN AND KAREN LARSEN,

     Plaintiffs and Appellants,

v.

KEITH SAYERS AND DANIELLE SAYERS,

     Defendants and Appellees.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kurt Krueger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 13 2024